UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

LARZ A. ELLIOTT,                             )
        Plaintiff,                            )
                                                  )
     vs.                                          )          1:08-cv-0480-RLY-JMS
                                                  )
SHERIFF OF RUSH COUNTY, INDIANA, )
TERRY L. DRAKE, 70-40, RCSD,        )
        Defendants.                          )

**ORDER ON AGREED REQUEST FOR CLARIFICATION ON MOTION FOR
SUMMARY JUDGMENT ENTRY**

Defendants, Sheriff of Rush County, Indiana and Terry L. Drake ("Defendants"),

move for clarification of the court's Entry on Defendants' Motion for Summary Judgment

and Plaintiff's Cross-Motion for Partial Summary Judgment, issued on February 22, 2010

("Summary Judgment Entry").  Specifically, Defendants point out, and Plaintiff agrees,

that the court's conclusion is inconsistent with the body of the opinion.  The court, having

read and reviewed the Defendants' motion and the conclusion of the Summary Judgment

Entry, now **GRANTS** the Defendants' motion (Docket # 75) and clarifies the conclusion

as follows:

> For the foregoing reasons, the court **DENIES** Defendants' motion for
> summary judgment (Docket # 48) with respect to Plaintiff's Fourth
> Amendment claims for unlawful search and seizure and excessive force,
> and with respect to Plaintiff's state law claim for battery, but it **GRANTS**
> Defendants' motion with respect to Plaintiff's Fourth Amendment claims
> for unlawful arrest and unlawful detention, Plaintiff's Section 1983 *Monell*
> claims, and state law claims for false arrest and false imprisonment.  The

1

court **DENIES** Plaintiff's motion for summary judgment (Docket # 54) in
its entirety.


**SO ORDERED** this <u>14th</u> day of April 2010.


_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana


Electronic copies to:

Todd Eric Ess
TODD ESS
todderic@comcast.net

Stephen G. Gray
ATTORNEY AT LAW
misstuffy@aol.com

Kirk A. Horn
MANDEL HORN MCGRATH & REYNOLDS, P.C.
khorn@mhmrlaw.com